**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

                                                        Case No.: 12-35544-PGH
                                                                Chapter 11

**TRINETTE DENISE HOBBS**,

    Debtor.
_____/

## NOTICE OF FILING OF AFFIDAVIT
## OF DEFAULT OF ADEQUATE PROTECTION ORDER

      **PLEASE TAKE NOTICE** that Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM V TRUST,** by and through its undersigned attorneys, hereby files this Notice of Filing of Affidavit of Default of Adequate Protection Order.

**Dated this 31st day of July, 2018.**

                                                    Respectfully submitted,

                                                    **GHIDOTTI | BERGER, LLC**
                                                    *Attorneys for Secured Creditor*
                                                    3050 Biscayne Blvd. - Suite 402
                                                   Miami, Florida 33137
                                                   Telephone: (305) 501.2808
                                                   Facsimile: (954) 780.5578

                                 By:    /s/ Chase A. Berger
                                                  Chase A. Berger, Esq.
                                                  Florida Bar No. 083794
                                                  cberger@ghidottiberger.com

*Case No.: 12-35544-PGH*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon the following and all interested parties listed on the attached Service Matrix.

*Debtor*
**Trinette Denise Hobbs**
1556 W. 35th Street
Riviera Beach, FL 33404

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

*Debtor's Counsel*
**David L. Merrill, Esq.**
The Associates
1525 Prosperity Farms Road, Suite B
West Palm Beach, FL 33403

*Counsel for Trustee*
**Heidi A. Feinman, Esq.**
Office of the US Trustee
51 S.W. 1st Avenue -#1204
Miami, FL 33130

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACHMIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No.: 12-35544-PGH
                                                          Chapter 11
TRINETTE DENISE HOBBS,

    Debtor.
_____/

AFFIDAVIT OF DEFAULT
OF ADEQUATE PROTECTION ORDER
*(Subject Property: 13551 TEMPLE BLVD, WEST PALM BEACH, FL 33412)*

STATE OF California       )
                          ) ss.:
COUNTY OF Orange          )

BEFORE ME, the undersigned authority duly authorized to administer oaths and to take testimony, personally appeared Raymond Valderrama who, being first duly sworn, deposes and says that:

1. My name is Raymond Valderrama. I am over the age of eighteen (18) years and otherwise competent to execute this Affidavit.

2. I am the BK Manager of Secured Creditor, BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM V TRUST (the "Secured Creditor").

3. I have knowledge and/or access to the business records and the facts and information contained in this Affidavit and I have become familiar with the manner and method in which Secured Creditor maintains it books and records in its regular course of business. Those books and records are managed by employees and agents whose duty is to keep books and

records accurately and completely and to record each event or item at or neat the time of the event or item so noted.

4. Secured Creditor retain counsel to represent it before the Court and is incurring legal expenses and attorneys' fees for handling of the Affidavit of Default and Motion to Reopen Chapter 11 Case.

5. The Debtor is not in compliance with the Settlement Agreement entered into with Servicer on or about July 15, 2015 (D.E. 326)

6. Specifically, the Debtor is in default by failing to remit to Secured Creditor the monthly payment due on June 1, 2107 in the amount of $2,189.99 as well as all subsequent payments thereafter.

7. As of the date of execution of this Affidavit, the Debtor is in default in the total amount $30,659.86 (June 2017 through July 1 2018 at $2,189.99 each).

8. I have reviewed the books and records which reveal that the Debtor is the owner and holder of the real estate property commonly described as *13551 TEMPLE BLVD, WEST PALM BEACH, FL 33412*

9. The foregoing facts are of my own personal knowledge and belief, and if call upon to appear as a witness, I could, and would testify completely thereto.

/

/

/

/

10.  I declare under penalty of perjury that to the best of my knowledge; the foregoing facts are true and correct.

**FURTHER AFFIANT SAYETH NAUGHT**

**BSI FINANCIAL SERVICE**
By: _____

Its: _____

**SWORN to and SUBSCRIBED** before me the _____ day of _____, 2018.

_____

NOTARY PUBLIC, State of _____ At Large

_____
Print, Type or Stamp Name of Notary Public

Personally known or produced _____ as identification.

*See attached*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange

Subscribed and sworn to (or affirmed) before me on this 25 day of July, 20 18, by Raymond Valderrama, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

BRITTANY BRENES
Notary Public - California
Orange County
Commission # 2169041
My Comm. Expires Oct 22, 2020

(Seal)    Signature